# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELSA MATA PERALTA,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>ANDREW SAUL,<br><br>Commissioner of Social Security,<br><br>　　　Defendant | Case No.: 5:19-cv-01698-JC<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

　　　Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

　　　IT IS ORDERED that fees and expenses in the amount of $2,300.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

Date:  July 13, 2020

　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　HONORABLE JACQUELINE CHOOLJIAN
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE